# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
ROBERT "BOBBY" YARBOROUGH, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
STANELY JACOBS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JAMES WILLIAMS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
MARY LEACH WERNER, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY; ROBERT DAMPP, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
REMY VOISIN STARNS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; FIELDON KING
"KING" ALEXANDER, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; WILLIAM JENKINS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
TAYLOR PORTER BROOKS & PHILLIPS LLP,
WILLIAM SHELBY MCKENZIE, INDIVIDUALLY;
VICKI CROCHET, INDIVIDUALLY; ROBERT
"BOB" BARTON, INDIVIDUALLY; LESLIE
EDWIN "LES" MILES, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; JOSEPH "JOE"
ALLEVA, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; SCOTT WOODWARD, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; VERGE
AUSBERRY, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; MIRIAM SEGAR, IN HER
INDIVIDUAL AND OFFICIAL CAPACITY; JOHN
DOE (1-10) INDIVIDUALLY AND JANE DOE
(10-20) INDIVIDUALLY

NO.   2022 CW 0841

**AUGUST 10, 2022**

---

In Re:   Sharon Lewis, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 708092.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.** We find no error in the trial court's ruling
that the motion to recuse was untimely pursuant to La. Code Civ.
P. art. 154.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT